In the Matter of the Claim of TILLIE BURNS et al., Respondents, against PRODUCTS MANUFACTURING COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of Burns* v. *Products Manfg. Co.*, 181 App. Div. 910, affirmed.

(Argued April 26, 1918; decided May 14, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 10, 1917, *unanimously* affirming an award of the state industrial commission made under the Workmen's Compensation Law. An employee of appellant Products Manufacturing Company was engaged as a helper on a swill truck in a government navy yard in lifting cans as they were handed up to him and dumping the contents into the wagon. The helpers on the ground having handed up a can turned away to obtain another and when they again looked found him lying unconscious in the bottom of the wagon on top

of the can which was turned over. He was removed to a hospital where he died. An autopsy showed diffuse hemorrhage at the base of the brain. On this state of facts the commission found that the employee lost his balance, fell and sustained an injury to the brain which resulted in his death. Appellants contended that the case was one of exclusive Federal jurisdiction and that there was no sufficient evidence to warrant a finding that death was the result of an accident.

*Edward Schoeneck, William Warren Dimmick* and *William Dike Reed* for appellants.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.